UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:22-cr-68

Eskender Getachew,

Judge Michael H. Watson

Defendant.

## VERDICT FORMS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

v.   Case No. 2:22-cr-68

**Eskender Getachew,**   Judge Michael H. Watson

Defendant.

### VERDICT FORM NO. 1: COUNT 1

Count 1 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient D.M. on or about June 20, 2018: Buprenorphine/Naloxone.

As to Count 1 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**   -or-   NOT GUILTY

Signed:

_____   _6/21/23_____
(Foreperson)   (Date)

_____   _____

_____   _____

_____   _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

v.	Case No. 2:22-cr-68

**Eskender Getachew,**	Judge Michael H. Watson

Defendant.

### VERDICT FORM NO. 2: COUNT 2

Count 2 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient D.M. on or about August 28, 2018: Buprenorphine/Naloxone.

As to Count 2 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**GUILTY** (circled)   -or-   NOT GUILTY

Signed:

_____	_6/22/23_____
(Foreperson)	(Date)

_____	_____

_____	_____

_____	_____

_____	_____

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.　　　　　　　　　　　　　　　　Case No. 2:22-cr-68

**Eskender Getachew,**　　　　　　　Judge Michael H. Watson

**Defendant.**

### VERDICT FORM NO. 3: COUNT 3

Count 3 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient R.C. on or about October 13, 2017: Buprenorphine.

As to Count 3 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**　　-or-　　NOT GUILTY

Signed:

_____　　　6/21/23
(Foreperson)　　　　　　　　(Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.

**Eskender Getachew,**

Defendant.

Case No. 2:22-cr-68

Judge Michael H. Watson

### VERDICT FORM NO. 4: COUNT 4

Count 4 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient R.C. on or about June 20, 2018: Buprenorphine.

As to Count 4 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**   -or-   NOT GUILTY

Signed:

_____
(Foreperson)

_6/21/23_____
(Date)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

v.

**Case No. 2:22-cr-68**

**Eskender Getachew,**

**Judge Michael H. Watson**

**Defendant.**

## VERDICT FORM NO. 5: COUNT 5

Count 5 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient R.C. on or about June 20, 2018: Clonazepam.

As to Count 5 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**     -or-     NOT GUILTY

Signed:

_____          _____6/21/23_____
(Foreperson)                              (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

v.

**Eskender Getachew,**

**Defendant.**

Case No. 2:22-cr-68

Judge Michael H. Watson

## VERDICT FORM NO. 6: COUNT 6

Count 6 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient T.C. on or about May 8, 2018: Buprenorphine.

As to Count 6 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**     -or-     NOT GUILTY

Signed:

_____     _____6/22/23_____
(Foreperson)                                              (Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:22-cr-68

Eskender Getachew,

Judge Michael H. Watson

Defendant.

### VERDICT FORM NO. 7: COUNT 7

Count 7 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substance to patient T.C. on or about May 8, 2018: Clonazepam.

As to Count 7 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**GUILTY** (circled)  -or-  NOT GUILTY

Signed:

_____  
(Foreperson)

_____6/22/23_____  
(Date)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America,**

v.                                                                          Case No. 2:22-cr-68

**Eskender Getachew,**                                       Judge Michael H. Watson

**Defendant.**

### VERDICT FORM NO. 8: COUNT 8

Count 8 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient T.C. on or about June 5, 2018: Buprenorphine.

As to Count 8 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**           -or-           NOT GUILTY

Signed:

_____          _6/22/23_____
(Foreperson)                                     (Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.                                     Case No. 2:22-cr-68

**Eskender Getachew,**                Judge Michael H. Watson

**Defendant.**

### VERDICT FORM NO. 9: COUNT 9

Count 9 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.F. on or about October 9, 2017: Buprenorphine.

As to Count 9 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**        -or-        NOT GUILTY

Signed:

_____      6/22/23
(Foreperson)                               (Date)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

v.　　　　　　　　　　　　　　　　Case No. 2:22-cr-68

**Eskender Getachew,**　　　　　　　Judge Michael H. Watson

**Defendant.**

## VERDICT FORM NO. 10: COUNT 10

Count 10 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.F. on or about October 9, 2017: Clonazepam.

As to Count 10 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

　　　　　　　　　　　　　(circle only one)

　　　**(GUILTY)**　　-or-　　NOT GUILTY

Signed:

_____　　　　_6/22/23_____
(Foreperson)　　　　　　　　　　　(Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.  Case No. 2:22-cr-68

**Eskender Getachew,**  Judge Michael H. Watson

**Defendant.**

### VERDICT FORM NO. 11: COUNT 11

Count 11 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.F. on or about December 7, 2017: Buprenorphine.

As to Count 11 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

**(GUILTY)**  -or-  NOT GUILTY

Signed:

_____  6/22/23
(Foreperson)                  (Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.

Case No. 2:22-cr-68

**Eskender Getachew,**

Judge Michael H. Watson

**Defendant.**

### VERDICT FORM NO. 12: COUNT 12

Count 12 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.D. on or about September 7, 2018: Buprenorphine.

As to Count 12 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

GUILTY     -or-     **NOT GUILTY** (circled)

Signed:

_____     _____6/22/23_____
(Foreperson)                                         (Date)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

v.　　　　　　　　　　　　　　　　Case No. 2:22-cr-68

**Eskender Getachew,**　　　　　　　Judge Michael H. Watson

**Defendant.**

## VERDICT FORM NO. 13: COUNT 13

Count 13 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.D. on or about September 7, 2018: Dextroamphetamine-amphetamine.

As to Count 13 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

　　　　GUILTY　　　-or-　　**(NOT GUILTY)** [circled]

Signed:

_____　　　_4/22/23_____
(Foreperson)　　　　　　　　　　　(Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.

**Eskender Getachew,**

**Defendant.**

Case No. 2:22-cr-68

Judge Michael H. Watson

### VERDICT FORM NO. 14: COUNT 14

Count 14 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.D. on or about November 6, 2018: Buprenorphine.

As to Count 14 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

GUILTY      -or-      **(NOT GUILTY)**

Signed:

_____        _6/22/23_____
(Foreperson)                  (Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.                                     Case No. 2:22-cr-68

**Eskender Getachew,**                 Judge Michael H. Watson

**Defendant.**

### VERDICT FORM NO. 15: COUNT 15

Count 15 of the Indictment accuses the defendant of unlawfully dispensing or distributing the following controlled substances to patient K.D. on or about November 6, 2018: Dextroamphetamine-amphetamine.

As to Count 15 in the Indictment, we the jury do unanimously find the defendant, Eskender Getachew:

(circle only one)

GUILTY     -or-     **NOT GUILTY** (circled)

Signed:

_____          6/22/23
(Foreperson)                    (Date)