**Schreiber, Lizett M.**

---

| | |
|---|---|
| **From:** | Mark O'Brien <msobrien9@icloud.com> |
| **Sent:** | Monday, August 14, 2023 4:12 PM |
| **To:** | Thomas, David H. |
| **Cc:** | Schreiber, Lizett M. |
| **Subject:** | Eskender Getachew |
| **Importance:** | High |

Mr. Thomas:

Please find attached hereto Dr. Getachew's text message to me stating that he elects to go to trial after discussing the matter with his family.  I never did get a chance to meet with him and his family, but I'm sure Dr. Getachew and his family members will all tell you that I had advised him, and them, on numerous occasions of the precarious nature of jury trials.  He was steadfast in his desire to go to trial and face whatever might happen.

Regards,
Mark S. O'Brien, Attorney At Law
Cedar-Grandview Building
12434 Cedar Road, Suite 11
Cleveland Heights, Ohio 44106
Telephone: (216) 331-7400
E-mail: msobrien9@icloud.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY ABOVE NAMED.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.

Sun, Apr 30 at 9:12 PM

Good evening Mark
Sorry for texting you so late. We had a meeting in the family and all left the decision to me.
You know my position. I am not going to accept what I did not do. I know the jury situation is the scare part but I will take the risk.
We should ask the prosecutor that they should drop the case and I already payed a huge price since 2018 for things I did not do financially, psychologically and professionally. My reputation is damaged and will not be able to practice medicine  like before with cloud created on me.
Thanks
Dr. Getachew